**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Joanne Hinton, et al.,

Plaintiffs,

v.

Minneapolis Police Department, et al.,

Defendants.

Civ. No. 26-4294 (JWB/DJF)

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses in this matter.

Date: October 6, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge